**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br>_____<br>CRAGO, Inc.,<br>        Plaintiff,<br>  v.<br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br>        Defendants.<br>_____ | MDL No. 1917<br>Case No. 07-5944 SC<br>        08-1559 VRW<br><br>ORDER CONSOLIDATING <u>CASES</u> |

    The Court hereby finds civil case <u>Terry, et al. v. LG Electronics, Inc., et al.</u>, Case No. 08-1559, suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings. This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

    This consolidated case will henceforth be referred to as "IN RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1917. All documents are to be filed under case number 07-5944-SC and all future filings are to bear the initials "SC" immediately after the

case number.

The parties are directed to comply with Pretrial Order No. 1 issued in <u>In Re Cathode Ray Tube (CRT) Antitrust Litigation</u>, 07-5944, MDL No. 1917, Docket No. 230., for all future filings.

IT IS SO ORDERED.

Dated: April 10, 2008

_____
UNITED STATES DISTRICT JUDGE